### Robert Dale SCHLUP, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 41179.

Missouri Court of Appeals,
Western District.

Aug. 22, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Application to Transfer Denied
Nov. 14, 1989.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, J. Presiding, and LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM:

Appellant, Robert Dale Schlup, appeals the denial of his Rule 24.035 motion seeking an order to set aside his guilty pleas, convictions, and sentences for kidnapping (§ 565.110, RSMo 1986), and stealing

(§ 570.030, RSMo 1986). The judgment is affirmed. Rule 84.16(b).